# First District Court of Appeal
## State of Florida

_____

No. 1D18-4490
_____

LUCY DASHER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

March 11, 2019

PER CURIAM.

The petition for belated appeal is denied on the merits.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lucy Dasher, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.